IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DANIEL ARIZA-GARCIA,<br><br>                Defendant. | **4:13CR3130**<br><br>**ORDER** |

IT IS ORDERED that:

1. The plaintiff's motion to continue sentencing date (filing 272) is granted.

2. Defendant Daniel Ariza-Garcia's sentencing is continued to Tuesday, June 10, 2014, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 4, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 22nd day of May, 2014.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge